UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
William Blake  
Diane L. Blake

Case No.: 18-17565  
Chapter: 7  
Judge: VFP

## NOTICE OF PROPOSED ABANDONMENT

_____Eric R. Perkins_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | U.S. Bankruptcy Court  
50 Walnut Street  
Newark, New Jersey  07102 |

If an objection is filed, a hearing will be held before the Honorable Vincent F. Papalia on June 26, 2018 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3B. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 11 Corvair Place  
Wayne, NJ  07470  

Fair Market Value: $452,00 |

| Liens on property: | Subject to a first mortgage held by Investors Bank on which there is due approximately $449,564. |

| Amount of equity claimed as exempt: | None |

Objections must be served on, and requests for additional information directed to:

Name:    Eric R. Perkins, Trustee  
Address:    40 West Ridgewood Avenue, Ridgewood, New Jersey  07601  
Telephone No.:    (201) 493-3734

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-17565-VFP
William Blake                                                             Chapter 7
Diane L Blake
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2         Date Rcvd: May 22, 2018
                              Form ID: pdf905          Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2018.
```
db/jdb         William Blake,    Diane L Blake,    11 Corvair Pl,    Wayne, NJ 07470-3503
517457100      Amex,    PO Box 981540,    El Paso, TX  79998-1540
517457101     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank of America,    PO Box 982238,    El Paso, TX  79998-2238)
517457104      Citi Bank,    PO Box 790034,    Saint Louis, MO  63179-0034
517457105      Diane Blake d/b/a Tobacco Depot II,    11 Corvair Pl,    Wayne, NJ 07470-3503
517457106     +Fein, Such, Kahn & Shepard, P.C.,    7 Century Dr Ste 201,    Parsippany, NJ 07054-4673
517457107     +Investors Bank,    101 John F Kennedy Pkwy,    Short Hills, NJ 07078-2793
517457111     +Med Busi Bur,    1460 Renaissance Dr,    Park Ridge, IL 60068-1349
517457112      Medical Business Bureau,    1460 Renaissance Dr # 400,    Park Ridge, IL  60068-1349
517457113      Principis Capital LLC,    c/o Michael J. Hoef's esq.,    80 Business Park Dr,
                Armonk, NY  10504-1737
517457114      State of New Jersey,    Administration,    595 Newark Ave Bldg 6Th,    Jersey City, NJ  07306-2394
517457115      Summit Cllection Service,    50 N Franklin Tpke Ste 5,    Ho Ho Kus, NJ  07423-1570
517457116     +Summit Collection Serv,    50 N Franklin Tpke Ste 5,    Ho Ho Kus, NJ 07423-1562
517457119    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Motor Credit Co.,    PO Box 8026,
                Cedar Rapids, IA  52408-8026)
517457118      Toyota Motor Credit Co,    PO Box 9786,    Cedar Rapids, IA  52409-0004
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov May 22 2018 23:04:38     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 22 2018 23:04:35     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ  07102-5235
517457103      E-mail/PDF: ais.bmw.ebn@americaninfosource.com May 22 2018 23:08:31
                BMW Financial Services NA LLC,    PO Box 3608,    Dublin, OH  43016-0306
517457102      E-mail/PDF: ais.bmw.ebn@americaninfosource.com May 22 2018 23:08:33     Bmw Financial Services,
                5515 Parkcenter Cir,    Dublin, OH  43017-3584
517465700     +E-mail/PDF: acg.acg.ebn@americaninfosource.com May 22 2018 23:08:30
                BMW Financial Services NA, LLC,    AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,
                Oklahoma City, OK 73118-7901
517457108      E-mail/Text: cio.bncmail@irs.gov May 22 2018 23:04:03     IRS,    955 S Springfield Ave Bldg A,
                Springfield, NJ  07081-3570
517457109      E-mail/Text: admin@kinum.com May 22 2018 23:05:08     Kinum,    2133 Upton Dr,
                Virginia Beach, VA  23454-1193
517457110      E-mail/Text: bnckohlsnotices@becket-lee.com May 22 2018 23:03:55     Kohl's /Capital One,
                PO Box 3120,    Milwaukee, WI  53201-3120
517457117      E-mail/PDF: gecsedi@recoverycorp.com May 22 2018 23:02:34     Syncb/Sams Club,    PO Box 965060,
                Orlando, FL  32896-5060
517460175     +E-mail/PDF: gecsedi@recoverycorp.com May 22 2018 23:02:10     Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 10
```

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2018                               Signature:  /s/Joseph Speetjens

```
District/off: 0312-2           User: admin              Page 2 of 2              Date Rcvd: May 22, 2018
                               Form ID: pdf905          Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 21, 2018 at the address(es) listed below:
              Eric R. Perkins    eperkins@mdmc-law.com,    slahr@mdmc-law.com,nj42@ecfcbis.com,
               gdelmonaco@mdmc-law.com;tcolombini@mdmc-law.com
              Eric R. Perkins     on behalf of Trustee Eric R. Perkins eperkins@mdmc-law.com,    slahr@mdmc-law.com,
               nj42@ecfcbis.com,gdelmonaco@mdmc-law.com;tcolombini@mdmc-law.com
              J. Todd Murphy     on behalf of Joint Debtor Diane L Blake tmurphy@toddmurphylaw.com,
               tmurphyecfmail@gmail.com;ejacobson26@gmail.com;G7187@notify.cincompass.com
              J. Todd Murphy     on behalf of Debtor William  Blake tmurphy@toddmurphylaw.com,
               tmurphyecfmail@gmail.com;ejacobson26@gmail.com;G7187@notify.cincompass.com
              Jill  Manzo    on behalf of Creditor    INVESTORS BANK bankruptcy@feinsuch.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```