UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
_____

Caption in compliance with D.N.J. LBR 9004-2(c)

Mester & Schwartz, P.C.
Jason Brett Schwartz, Esquire
Bar No. 4217
1333 Race Street
Philadelphia, PA 19107
(267) 909-9036



**Order Filed on July 6, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

**In Re:**

**WILLIAM BLAKE, a/k/a
BILL BLAKE, and
DIANE L. BLAKE, a/k/a
DIANE BLAKE, d/b/a TOBACCO
DEPOT II,**

Case No.: 18-17565-VFP

Judge: Vincent F. Papalia

**Debtors**

# ORDER VACATING STAY

The Relief set forth on the following pages, numbered two (2) through <u>two (2)</u> is hereby **ORDERED**.

**DATED: July 6, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

2

| | |
|---|---|
| Debtors: | William Blake and Diane L. Blake |
| Case No.: | 18-17565-VFP |
| Caption of Order: | Order Vacating Stay as To Personal Property |

Upon consideration of Financial Services Vehicle Trust's Motion for an Order Vacating the Automatic Stay as to certain personal property hereinafter set forth, and good cause appearing; therefore, it is hereby

**ORDERED** that the automatic stay of the Bankruptcy Code 362(a) is vacated to permit the Movant to pursue its rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**It is further ORDERED** that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

The stay of the Order as provided under Rule 4001(a)(3), F.R.B.P., is hereby waived.

☒ Personal property more fully described as:
**2015 BMW 6 Series Sedan 4D 650xi AWD**
**V.I.N. WBA6B4C52FD761551**