UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon
KML Law Group, PC
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Toyota Motor Credit Corporation

Order Filed on July 3, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

    Blake, William, aka Bill Blake Blake,

    Diane L, aka Diane Blake d/b/a Tobacco Depot, II , aka First Last

Case No:   18-17565 VFP

Hearing Date: June 27, 2018

Judge:  Vincent F. Papalia

| Recommended Local Form: | ☐ Followed | ☐ Modified |
|---|---|---|

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: July 3, 2018**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Upon the motion of <u>Toyota Motor Credit Corporation</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☐    Real Property More Fully Described as:


■    Personal Property More Fully Describes as:

**2015 LEXUS NX220T, VIN: JTJBARBZ7F2040110**


It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:
William Blake
Diane L Blake
    Debtors

Case No. 18-17565-VFP
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jul 05, 2018
                        Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 07, 2018.
db/jdb        William Blake,    Diane L Blake,    11 Corvair Pl,    Wayne, NJ   07470-3503

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                            TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                            TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 07, 2018                                   Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 5, 2018 at the address(es) listed below:
         Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
         Eric R. Perkins    on behalf of Trustee Eric R. Perkins eperkins@mdmc-law.com, slahr@mdmc-law.com, nj42@ecfcbis.com,gdelmonaco@mdmc-law.com;tcolombini@mdmc-law.com
         Eric R. Perkins    eperkins@mdmc-law.com, slahr@mdmc-law.com,nj42@ecfcbis.com, gdelmonaco@mdmc-law.com;tcolombini@mdmc-law.com
         J. Todd Murphy    on behalf of Debtor William Blake tmurphy@toddmurphylaw.com, tmurphyecfmail@gmail.com;ejacobson26@gmail.com;G7187@notify.cincompass.com
         J. Todd Murphy    on behalf of Joint Debtor Diane L Blake tmurphy@toddmurphylaw.com, tmurphyecfmail@gmail.com;ejacobson26@gmail.com;G7187@notify.cincompass.com
         Jason Brett Schwartz    on behalf of Creditor    Financial Services Vehicle Trust (FSVT) jschwartz@mesterschwartz.com
         Jill Manzo    on behalf of Creditor    INVESTORS BANK bankruptcy@feinsuch.com
         Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation rsolarz@kmllawgroup.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                   TOTAL: 9