UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
Caption in compliance with D.N.J. LBR 9004-2(c)

Mester & Schwartz, P.C.
Jason Brett Schwartz, Esquire
Bar No. 4217
1333 Race Street
Philadelphia, PA 19107
(267) 909-9036

**Order Filed on July 6, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

**In Re:**

**WILLIAM BLAKE, a/k/a
BILL BLAKE, and
DIANE L. BLAKE, a/k/a
DIANE BLAKE, d/b/a TOBACCO
DEPOT II,**

Case No.: 18-17565-VFP

Judge: Vincent F. Papalia

**Debtors**

## ORDER VACATING STAY

The Relief set forth on the following pages, numbered two (2) through <u>two (2)</u> is hereby

**ORDERED**.

**DATED: July 6, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

2

| | |
|---|---|
| Debtors: | William Blake and Diane L. Blake |
| Case No.: | 18-17565-VFP |
| Caption of Order: | Order Vacating Stay as To Personal Property |

Upon consideration of Financial Services Vehicle Trust's Motion for an Order Vacating the Automatic Stay as to certain personal property hereinafter set forth, and good cause appearing; therefore, it is hereby

**ORDERED** that the automatic stay of the Bankruptcy Code 362(a) is vacated to permit the Movant to pursue its rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**It is further ORDERED** that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

The stay of the Order as provided under Rule 4001(a)(3), F.R.B.P., is hereby waived.

☒    Personal property more fully described as:
**2015 BMW 6 Series Sedan 4D 650xi AWD**
**V.I.N. WBA6B4C52FD761551**

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 18-17565-VFP
William Blake                                                       Chapter 7
Diane L Blake
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 1          Date Rcvd: Jul 06, 2018
                             Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 08, 2018.
db/jdb         William Blake,   Diane L Blake,   11 Corvair Pl,   Wayne, NJ 07470-3503

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 6, 2018 at the address(es) listed below:
         Denise E. Carlon     on behalf of Creditor    Toyota Motor Credit Corporation
          dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
         Eric R. Perkins     on behalf of Trustee Eric R. Perkins eperkins@mdmc-law.com,   slahr@mdmc-law.com,
          nj42@ecfcbis.com,gdelmonaco@mdmc-law.com;tcolombini@mdmc-law.com
         Eric R. Perkins     eperkins@mdmc-law.com,   slahr@mdmc-law.com,nj42@ecfcbis.com,
          gdelmonaco@mdmc-law.com;tcolombini@mdmc-law.com
         J. Todd Murphy     on behalf of Debtor William  Blake tmurphy@toddmurphylaw.com,
          tmurphyecfmail@gmail.com;ejacobson26@gmail.com;G7187@notify.cincompass.com
         J. Todd Murphy     on behalf of Joint Debtor Diane L Blake tmurphy@toddmurphylaw.com,
          tmurphyecfmail@gmail.com;ejacobson26@gmail.com;G7187@notify.cincompass.com
         Jason Brett Schwartz     on behalf of Creditor    Financial Services Vehicle Trust (FSVT)
          jschwartz@mesterschwartz.com
         Jill  Manzo     on behalf of Creditor    INVESTORS BANK bankruptcy@feinsuch.com
         Rebecca Ann Solarz     on behalf of Creditor    Toyota Motor Credit Corporation
          rsolarz@kmllawgroup.com
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                           TOTAL: 9