| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | William Blake<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–0338<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Diane L Blake<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9054<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   18–17565–VFP | | |

## Order of Discharge                                                                                              12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

William Blake
aka Bill Blake

Diane L Blake
aka Diane Blake d/b/a Tobacco Depot II, aka First Last

7/20/18

**By the court:**   Vincent F. Papalia
                              United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:
William Blake
Diane L Blake
    Debtors

Case No. 18-17565-VFP
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2     Date Rcvd: Jul 20, 2018
                          Form ID: 318    Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2018.
```
db/jdb         William Blake,    Diane L Blake,    11 Corvair Pl,    Wayne, NJ 07470-3503
517457104      Citi Bank,    PO Box 790034,    Saint Louis, MO 63179-0034
517457105      Diane Blake d/b/a Tobacco Depot II,    11 Corvair Pl,    Wayne, NJ 07470-3503
517457106     +Fein, Such, Kahn & Shepard, P.C.,    7 Century Dr Ste 201,    Parsippany, NJ 07054-4673
517457107     +Investors Bank,    101 John F Kennedy Pkwy,    Short Hills, NJ 07078-2793
517457111     +Med Busi Bur,    1460 Renaissance Dr,    Park Ridge, IL 60068-1349
517457112      Medical Business Bureau,    1460 Renaissance Dr # 400,    Park Ridge, IL 60068-1349
517457113      Principis Capital LLC,    c/o Michael J. Hoef's esq.,    80 Business Park Dr,
                 Armonk, NY 10504-1737
517457114      State of New Jersey,    Administration,    595 Newark Ave Bldg 6Th,    Jersey City, NJ 07306-2394
517457115      Summit Cllection Service,    50 N Franklin Tpke Ste 5,    Ho Ho Kus, NJ 07423-1570
517457116     +Summit Collection Serv,    50 N Franklin Tpke Ste 5,    Ho Ho Kus, NJ 07423-1562
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jul 20 2018 23:39:55    U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 20 2018 23:39:49    United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517457100      EDI: AMEREXPR.COM Jul 21 2018 03:08:00    Amex,    PO Box 981540,    El Paso, TX 79998-1540
517457101      EDI: BANKAMER.COM Jul 21 2018 03:08:00    Bank of America,    PO Box 982238,
                 El Paso, TX 79998-2238
517457103      EDI: BMW.COM Jul 21 2018 03:08:00    BMW Financial Services NA LLC,    PO Box 3608,
                 Dublin, OH 43016-0306
517457102      EDI: BMW.COM Jul 21 2018 03:08:00    Bmw Financial Services,    5515 Parkcenter Cir,
                 Dublin, OH 43017-3584
517465700     +EDI: AISACG.COM Jul 21 2018 03:08:00    BMW Financial Services NA, LLC,
                 AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
517457108      EDI: IRS.COM Jul 21 2018 03:08:00    IRS,    955 S Springfield Ave Bldg A,
                 Springfield, NJ 07081-3570
517457109      E-mail/Text: admin@kinum.com Jul 20 2018 23:40:38    Kinum,    2133 Upton Dr,
                 Virginia Beach, VA 23454-1193
517457110      EDI: CBSKOHLS.COM Jul 21 2018 03:08:00    Kohl's /Capital One,    PO Box 3120,
                 Milwaukee, WI 53201-3120
517457117      EDI: RMSC.COM Jul 21 2018 03:08:00    Syncb/Sams Club,    PO Box 965060,
                 Orlando, FL 32896-5060
517460175     +EDI: RMSC.COM Jul 21 2018 03:08:00    Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517457119      EDI: TFSR.COM Jul 21 2018 03:08:00    Toyota Motor Credit Co.,    PO Box 8026,
                 Cedar Rapids, IA 52408-8026
517457118      EDI: TFSR.COM Jul 21 2018 03:08:00    Toyota Motor Credit Co,    PO Box 9786,
                 Cedar Rapids, IA 52409-0004
                                                                                              TOTAL: 14
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2            User: admin             Page 2 of 2             Date Rcvd: Jul 20, 2018
                                Form ID: 318            Total Noticed: 25
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2018 at the address(es) listed below:

```
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Eric R. Perkins    eperkins@mdmc-law.com,  slahr@mdmc-law.com,nj42@ecfcbis.com,
               gdelmonaco@mdmc-law.com;tcolombini@mdmc-law.com
              Eric R. Perkins    on behalf of Trustee Eric R. Perkins eperkins@mdmc-law.com,   slahr@mdmc-law.com,
               nj42@ecfcbis.com,gdelmonaco@mdmc-law.com;tcolombini@mdmc-law.com
              J. Todd Murphy    on behalf of Debtor William  Blake tmurphy@toddmurphylaw.com,
               tmurphyecfmail@gmail.com;ejacobson26@gmail.com;G7187@notify.cincompass.com
              J. Todd Murphy    on behalf of Joint Debtor Diane L Blake tmurphy@toddmurphylaw.com,
               tmurphyecfmail@gmail.com;ejacobson26@gmail.com;G7187@notify.cincompass.com
              Jason Brett Schwartz    on behalf of Creditor    Financial Services Vehicle Trust (FSVT)
               jschwartz@mesterschwartz.com
              Jill  Manzo    on behalf of Creditor    INVESTORS BANK bankruptcy@feinsuch.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 9
```