Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 18−17565−VFP
        Chapter: 7
        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| William Blake<br>aka Bill Blake<br>11 Corvair Pl<br>Wayne, NJ 07470−3503 | Diane L Blake<br>aka Diane Blake d/b/a Tobacco Depot II,<br>aka First Last<br>11 Corvair Pl<br>Wayne, NJ 07470−3503 |

Social Security No.:
  xxx−xx−0338                                     xxx−xx−9054

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Eric R. Perkins is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>July 24, 2018</u>                 <u>Vincent F. Papalia</u>
                                            Judge, United States Bankruptcy Court